# United States Court of Appeals
## For the First Circuit

No. 03-1717

UNITED STATES OF AMERICA,

Appellee,

v.

ARIES D. CRUDUP,

Defendant, Appellant.

**ERRATA**

The opinion of this Court, issued on July 7, 2004, should be amended as follows:

On page 8, line 9:  replace "is" with "was";

On page 8, line 10:  insert "by" before comma after "abrogated";

On page 8, line 11:  replace "as relevant evidence that" with "in determining whether".